**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF PUERTO RICO**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **CLOSET WAYS, CORP.**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   6 6 – 0 5 1 7 1 0 3

4. **Debtor's address**

   **Principal place of business**  
   CALLE CAMPECHE LOTE 22  
   Number   Street  
   PARQUE IND. JULIO N. MATOS  
   
   CAROLINA, P.R. 00985  
   City    State    ZIP Code  
   
   SAN JUAN  
   County

   **Mailing address, if different from principal place of business**  
   PO BOX 70250  
   Number   Street  
   SUITE 226  
   P.O. Box  
   
   SAN JUAN   PR   00936-8250  
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   
   Number   Street  
   
   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor **CLOSET WAYS, CORP.** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. Check all that apply:
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  - MM / DD / YYYY
- District _____ When _____ Case number _____
  - MM / DD / YYYY
- District _____ When _____ Case number _____
  - MM / DD / YYYY

Debtor **CLOSET WAYS, CORP.** _____     Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____  When _____ MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____  Relationship _____ |
| | | District _____  When _____ MM / DD / YYYY |
| | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?**   *(Check all that apply.)*

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number    Street
   _____
   _____    ____    ____
   City    State    ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **CLOSET WAYS, CORP.**     Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| | | ☐ 200-999 | | | |
| **15.** | **Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

### Part X: Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/21/2016**
MM / DD / YYYY

X **/s/ JOSE R. TORRES MAS**     **JOSE R. TORRES MAS**
Signature of authorized representative of debtor     Printed name

Title **PRESIDENT**

**18. Signature of attorney**

X **/s/ ALEXIS FUENTES-HERNANDEZ**     Date **06/21/2016**
Signature of Attorney for Debtor     MM / DD / YYYY

**ALEXIS FUENTES-HERNANDEZ**
Printed name

**FUENTES LAW OFFICES, LLC**
Firm Name

P.O. BOX 9022726
Number    Street

SAN JUAN     **PR**     00902
City     State     ZIP Code

Contact phone **(787) 722-5215**     Email address **alex@fuentes-law.com**

**217201**     **PR**
Bar number     State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CLOSET WAYS, CORP.** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TREASURY DEPARTMENT OF PUERTO RICO PO BOX 9022501 SAN JUAN PR 00902-2501 | | Sales Taxes | Unliquidated | | | $118,000.00 |
| 2 | PERFILES DE ALUMINIO INC. PO BOX 1622 CANOVANAS PR 00729-1622 | | TRADE DEBT | | | | $19,846.11 |
| 3 | RICARDO E. CARRILLO DELGADO 403 CALLE DEL PARQUE SUITE 6 SAN JUAN, PR 00907 | | TRADE DEBT | | | | $19,250.00 |
| 4 | MUNICIPALITY OF CAROLINA PO BOX 8 CAROLINA PR 00986-0008 | | MUNICIPAL LICENSE TAX | | | | $16,920.00 |
| 5 | DELTA INDUSTRIAL SYSTEMS 1275 SAWGRASS CORPORATE SUNRISE FL 33323 | | TRADE DEBT | | | | $8,696.94 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

| Debtor | **CLOSET WAYS, CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | STATE INSURANCE FUND<br>PO BOX 365028<br>SAN JUAN PR 00936-5028 | | WORKMAN COMPENSATION INSURANCE | | | | $7,395.60 |
| 7 | WORLD FINANCIAL CORP.<br>PO BOX 364027<br>SAN JUAN PR 00936-4027 | | TRADE DEBT | | | | $4,571.46 |
| 8 | ALBERTIO COSSIO<br>ALDEBARAN 546<br>ALTAMIRA<br>SAN JUAN PR 00920 | | TRADE DEBT | | | | $4,080.79 |
| 9 | FELICIANO ALUMINUM WORKS<br>PO BOX 3084<br>AGUADILLA PR 00605 | | TRADE DEBT | | | | $3,697.95 |
| 10 | CARLOS E. ROSADO MUÑOZ<br>PO BOX 191192<br>SAN JUAN PR 00919-1192 | | TRADE DEBT | | | | $2,800.00 |
| 11 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | Taxes | | | | $2,683.27 |
| 12 | ATT MOBILITY PR<br>PO BOX 70261<br>SAN JUAN PR 00936-8261 | | MOBILE SERVICE PROVIDER | | | | $2,136.49 |
| 13 | PUERTO RICO POWER AUTHORITY (AEE)<br>PO BOX 363508<br>SAN JUAN PR 00936 | | ELECTRIC POWER UTILITY | | | | $1,775.52 |

Debtor **CLOSET WAYS, CORP.** Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 LANCO MANUFACTURING URB. APONTE #5 SAN LORENZO PR 00754 | | TRADE DEBT | | | | $999.05 |
| 15 FED EX PO BOX 371461 PITTSBURGH PA 15250 | | TRADE DEBT | | | | $886.95 |
| 16 DELTA TRANSPORT INC. PO BOX 10373 CAPARRA HEIGHTS STATION SAN JUAN PR 00920 | | TRADE DEBT | | | | $682.64 |
| 17 XEROX CORPORATION PO BOX 650361 DALLAS, TX 75265-0361 | | TRADE DEBT | | | | $564.71 |
| 18 A&A WASTE MANAGEMENT PO BOX 1253 GUAYNABO PR 00735-1253 | | TRADE DEBT | | | | $281.68 |
| 19 NUEVA VIDA 97.7 FM PO BOX 6715 CAGUAS PR 00726-6715 | | ADVERTISEMENT | | | | $275.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
SAN JUAN DIVISION**

IN RE: **CLOSET WAYS, CORP.**                 CASE NO

                CHAPTER    11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: 6/21/2016

Signature: /s/ JOSE R. TORRES MAS
*JOSE R. TORRES MAS*
*PRESIDENT*

Date: _____

Signature: _____

```
A&A WASTE MANAGEMENT              LANCO MANUFACTURING              XEROX CORPORATION
PO BOX 1253                       URB. APONTE #5                   PO BOX 650361
GUAYNABO   PR   00735-1253        SAN LORENZO   PR   00754         DALLAS, TX 75265-0361


ALBERTIO COSSIO                   MUNICIPALITY OF CAROLINA
ALDEBARAN 546                     PO BOX 8
ALTAMIRA                          CAROLINA PR 00986-0008
SAN JUAN   PR 00920


ATT MOBILITY PR                   NUEVA VIDA 97.7 FM
PO BOX 70261                      PO BOX 6715
SAN JUAN   PR   00936-8261        CAGUAS   PR 00726-6715


CARLOS E. ROSADO MUÑOZ            PERFILES DE ALUMINIO INC.
PO BOX 191192                     PO BOX 1622
SAN JUAN PR 00919-1192            CANOVANAS   PR   00729-1622


CRIM                              PR DEPARTMENT OF LABOR
PO BOX 195387                     PO BOX 195540
SAN JUAN PR 00919-5387            SAN JUAN   PR   00918-5540


DELTA INDUSTRIAL SYSTEMS          PUERTO RICO POWER AUTHORITY (AE
1275  SAWGRASS CORPORATE          PO BOX 363508
SUNRISE   FL 33323                SAN JUAN   PR   00936


DELTA TRANSPORT INC.              RICARDO E. CARRILLO DELGADO
PO BOX 10373                      403 CALLE DEL PARQUE
CAPARRA HEIGHTS STATION           SUITE 6
SAN JUAN   PR   00920             SAN JUAN, PR 00907


FED EX                            STATE INSURANCE FUND
PO BOX 371461                     PO BOX 365028
PITTSBURGH   PA   15250           SAN JUAN   PR   00936-5028


FELICIANO ALUMINUM WORKS          TREASURY DEPARTMENT OF PUERTO R
PO BOX 3084                       PO BOX 9022501
AGUADILLA   PR   00605            SAN JUAN PR 00902-2501


INTERNAL REVENUE SERVICE          WORLD FINANCIAL CORP.
PO BOX 7346                       PO BOX 364027
PHILADELPHIA                      SAN JUAN   PR   00936-4027
PA   19101-7346
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**SAN JUAN DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| **CLOSET WAYS, CORP.** § | Case No. _____ | |
| § | | |
| Debtor(s) § | Chapter **11** | |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company] --*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: **6/21/2016**   /s/ JOSE R. TORRES MAS
JOSE R. TORRES MAS
PRESIDENT
**Complete EIN: 66-0517103**

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: **6/21/2016**   /s/ ALEXIS FUENTES-HERNANDEZ
ALEXIS FUENTES-HERNANDEZ, Attorney for Debtor